1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                          UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 BAY AREA PAINTERS AND TAPERS              Case No.:  C11-0483 SI
   PENSION TRUST FUND, and its JOINT
11 BOARD OF TRUSTEES; LES PROTEAU and        **REQUEST FOR CONTINUANCE OF**
   CHARLES DEL MONTE, TRUSTEES,              **CASE MANAGEMENT CONFERENCE**
12
           Plaintiffs,                        Date:        May 13, 2011
13                                            Time:        2:30 p.m.
   v.                                         Courtroom:   10, 19th Floor
14                                                         450 Golden Gate Avenue
   OAKTOWN CONSTRUCTION, INC., a                          San Francisco, CA 94102
15 California corporation; and JOSIE RAGAS    Judge:       The Honorable Susan Illston
   McFARLANE, individually,
16
           Defendants.
17

18

19         Plaintiffs respectfully request that the Case Management Conference currently scheduled

20 for May 13, 2011, at 2:30 p.m., be continued for approximately 60 - 90 days, as follows:

21         1.      A Complaint was filed in this action on February 1, 2011 for contributions due to

22 the Trust Funds for work performed by Defendants' employees.

23         2.      Defendants have paid a portion of the contributions due, and have requested a

24 payment plan to satisfy the remaining balance.  The payment plan will be in the form of a

25 Stipulated Judgment ("Stipulation").  Plaintiffs are in the process of preparing the Stipulation.

26         3.      Plaintiffs have also granted an extension for Defendants to file an Answer, in

27 anticipation of the matter being resolved by Stipulation.

28         4.      The parties estimate that the Stipulated Judgment will be filed in the next thirty

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C11-0483 SI**

P:\CLIENTS\PATCL\Oaktown Construction 2\Pleadings\C11-0483 SI - Request to Continue CMC 050311.DOC

-2-

1  (30) days.

2      5.      Therefore, Plaintiffs respectfully request that the Case Management Conference be

3  continued for approximately 60 - 90 days in order to allow preparation, review, and signature of

4  the Stipulated Judgment.

5  Date:   May 3, 2011                        SALTZMAN & JOHNSON
                                             LAW CORPORATION
6

7                                   By:      _____/s/_____
                                             Michele R. Stafford
8                                            Attorneys for Plaintiffs

9

10

11  ORDER

12  The Case Management Conference currently scheduled for May 13, 2011 at 2:30 p.m. is hereby

13  continued to _____7/8/11_____. All related deadlines are extended accordingly.

14

15  Date:   5/4/11

16                                           _____
                                             UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

P:\CLIENTS\PATCL\Oaktown Construction 2\Pleadings\C11-0483 SI - Request to Continue CMC 050311.DOC

1    PROOF OF SERVICE:

2    I, the undersigned, declare:

3    I am a citizen of the United States and am employed in the County of San Francisco, State

4    of California.  I am over the age of eighteen and not a party to this action.  My business address is

5    44 Montgomery Street, Suite 2110, San Francisco, California 94104.

6    On May 3, 2011, I served the following document(s):

7    **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

8    on the interested parties in said action by <u>First Class U.S. Mail</u> by placing a true and exact copy of

9    each document in a sealed envelope with postage thereon fully prepaid, in a United States Post

10   Office box in San Francisco, California, addressed as follows:

11   *Attorneys for Defendant:*

12   **Patricia Walsh, Esq.**
     **Leonidou & Rosin Professional Corporation**
13   **777 Cuesta Drive, Suite 200**
     **Mountain View, California 94040**

14

15   I declare under penalty of perjury that the foregoing is true and correct and that this

16   declaration was executed on this 3rd day of May, 2011, at San Francisco, California.

17

18   _____/s/_____
     Qui X. Lu

19

20

21

22

23

24

25

26

27

28

                                                                    -1-
                                                      **PROOF OF SERVICE**
                                                      **Case No.: C11-0483 SI**

P:\CLIENTS\PATCL\Oaktown Construction 2\Pleadings\C11-0483 SI - Request to Continue CMC 050311.DOC