Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES,

Plaintiffs,

v.

OAKTOWN CONSTRUCTION, INC., a California corporation; and JOSIE RAGAS McFARLANE, individually,

Defendants.

Case No.: C11-0483 SI

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Date: July 8, 2011
Time: 2:30 p.m.
Courtroom: 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
Judge: The Honorable Susan Illston

Plaintiffs respectfully request that the Case Management Conference currently scheduled for July 8, 2011, at 2:30 p.m., be continued for approximately 30 – 45 days, as follows:

1. As the Court is aware, the parties have had extensive discussions regarding settlement. Defendants have requested a payment plan, which was drafted in the form of a Stipulated Judgment.

2. Prior to signing the Stipulated Judgment, Defendants have made several payments toward the amounts included in the Stipulation. However, Defendants continue to accrue additional debt by not paying their current contributions.

3. Defendants have requested a revised payment plan to reflect the payments made, and to include additional contributions owed.

4. Plaintiffs are in the process of preparing the revised Stipulation.

5. The parties estimate that the Stipulated Judgment will be filed in the next thirty (30) days.

6. Therefore, Plaintiffs respectfully request that the Case Management Conference be continued for approximately 30 – 45 days in order to allow preparation, review, and signature of the Stipulated Judgment.

Date: June 27, 2011

SALTZMAN & JOHNSON
LAW CORPORATION

By: __________/s/______________
Michele R. Stafford
Attorneys for Plaintiffs

ORDER

The Case Management Conference currently scheduled for July 8, 2011 at 2:30 p.m. is hereby continued to ______9/2/11______________. All related deadlines are extended accordingly.

Date: 9/29/11

Susan Illston
UNITED STATES DISTRICT COURT JUDGE



P:\CLIENTS\PATCL\Oaktown Construction 2\Pleadings\C11-0483 SI - Request to Continue CMC 062711.DOC

PROOF OF SERVICE:

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 27, 2011, I served the following document(s):

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

***Attorneys for Defendant:***

**Patricia Walsh, Esq.**
**Leonidou & Rosin Professional Corporation**
**777 Cuesta Drive, Suite 200**
**Mountain View, California 94040**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of June, 2011, at San Francisco, California.

/s/
Qui X. Lu